1030

ANNA HWANG, *Appellant*, v. NATALIE H. LEE, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-18991-3, Michael Hayden, J., entered October 20, 1995. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL PAZ SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01870-9, Susan L. Hahn, J., entered August 26, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent*, v. BRAD LEE SHEETS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-00826-4, F. James Gavin, J., entered October 13, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

RICHARD T. WAGNER, *Respondent*, v. PATRICK A. PARRISH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 13005, Ted Kolbaba, J., entered November 29, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Kurtz, J.